UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL DANT,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Theft of Mail Matter by Postal Employee)**

From on or about September 28, 2022 through on or about November 16, 2022, in Calhoun County, in the Western District of Michigan, Southern Division,

MICHAEL DANT,

a United States Postal Service employee, embezzled, stole, abstracted, and removed mail matter that had been entrusted to him for delivery. Specifically, the defendant stole gift cards and cash from mail that was addressed to recipients serviced by the Battle Creek, Michigan post office.

**18 U.S.C. § 1709**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney